IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CARPENTERS TRUST FUNDS, *Health & Welfare Fund by its trustees* Glen Kaneshige, Eric Hashizume, Michael Young, Ronald Taketa, Kyle Chock, Blake T. Inouye, Conrad C. Verdugo, Jr., Juan Padasdao, Jr., Travis Murakami; Nathaniel Kinney and Dione Kalaola; *Apprenticeship & Training Fund by its trustees* Conrad Murashige, Dale Sakamoto-Yoneda, Roy Morioka, Patrick Gill, Patrick Palmer, Kyle Chock, Ronald Taketa, Mitchell Tynanes, Sean Newcamp, Lito Alcantra, Nathaniel Kinney, Travis Murakami, Lance Wilhelm, Barbara Kono and Dione Kalaola; *Vacation & Holiday Fund by its trustees* Paul Silen, Paul Sasaki, Nathaniel Kinney, Jay Kadowaki, Roy Morioka, Kyle Chock, Sean Newcamp, Mitchell Tynanes, Roy Shi oi, Travis Murakami, Tom Broderick, Juan Padasdao, Jr. and Fred Kim; *Market Recovery Program by its trustees* Thalia Choy, Alan Shintani, Justin Izumi, Ken Kawamoto, Nathaniel Kinney, Lance Wilhelm, Sean Newcamp, Kyle Chock, Mitchell Tynanes, Michael Young, Travis Murakami; Dale Sakamoto-Yoneda and Juan Padasdao, Jr.; *Financial Security Fund by its trustees* Kenneth Spence, Conrad Murashige, Kenneth Sakurai, Lance Watanabe, Kyle Chock, Ronald Taketa, Shaun Shumizu, Sean Newcamp, Blake T. Inouye, Nathaniel Kinney, Dione Kalaola, Joyce Furukawa, Travis Murakami and Juan | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CV 23-00433 HG-KJM<br><br><br>ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AND AWARD DAMAGES AGAINST CENTRAL CONSTRUCTION, INC. |

Padasdao, Jr.; *Hawaii Carpenters New* )
*Retiree Medical Plan by its trustees* Eric )
Hashizume, Ronald Taketa, Michael )
Young, Kyle Chock, Blake T. Inouye, )
Juan Padasdao, Jr., Conrad C. Verdugo, )
Jr. and Travis Murakami; *401-K Fund* )
*by its trustees* Kenneth Spence, Conrad )
Murashige, Kenneth Sakurai, Lance )
Watanabe, Kyle Chock, Ronald Taketa, )
Blake T. Inouye, Sean Newcamp, )
Nathaniel Kinney, Shaun Shimizu, )
Joyce Furukawa, Dione Kalaola, Travis )
Murakami and Juan Padasdao, Jr.; )
                                      )
        Plaintiffs, )
                                      )
   vs. )
                                      )
CENTRAL CONSTRUCTION, INC.; )
JOHN DOES 1-100; JANE DOES )
1-100; DOE CORPORATIONS 1-100; )
DOE PARTNERSHIPS 1-100; DOE )
ENTITIES 1-100; DOE )
GOVERNMENTAL UNITS 1-100, , )
                                      )
       Defendants. )
_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT
AND AWARD DAMAGES
<u>AGAINST CENTRAL CONSTRUCTION, INC. (ECF No. 28)</u>

Findings and Recommendation (ECF No. 28) having been filed and served

on all parties on May 28, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and

Recommendation is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 12, 2024.


Helen Gillmor
United States District Judge


Hawaii Carpenters Trust Funds v. Central Construction Inc., 23-cv-00433-HG-KJM,
Order Adopting the Magistrate Judge's Findings and Recommendation to Enter Default
Judgment and Award Damages Against Central Construction, Inc. (ECF No. 28)