# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, et al.<br><br>      Plaintiffs,<br><br>    V.<br><br>CENTRAL CONSTRUCTION, INC.; et al.<br><br>      Defendants. | DEFAULT JUDGMENT<br>IN A CIVIL CASE<br><br>Case: CV 23-00433 HG-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Jun 12, 2024, 4:43 pm<br>Lucy H. Carrillo, Clerk of Court |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Default Judgment is entered in favor of Plaintiffs Trustees of the Hawaii Carpenters Trust Funds and against Defendant Central Construction, Inc., for contributions in the sum of $235,983.62, inclusive of liquidated damages, 12% interest, and 401(k) Lost Earnings Interest, and attorneys' fees and costs in the amount of $2,357.63, without prejudice to the Trust Funds seeking other and further damages from the Defendant arising from unaudited hours worked by Defendant's employees both before and after April 4, 2024, for a total default judgment in the amount of $238,341.25, pursuant to the "Findings and Recommendation to Enter Default Judgment and Award Damages Against Central Construction, Inc.", ECF No. 28, filed May 24, 2024 and the "Order Adopting the Magistrate Judge's Findings and Recommendation to Enter Default Judgment and Award Damages Against Central Construction, Inc.", ECF No. 29, filed June 12, 2024.

| | |
|---|---|
| June 12, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |